IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Ciapessoni *et al.*, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>The United States Of America,<br><br>         Defendant. | Case No. 15-938C<br>Hon. Thomas C. Wheeler |

### DECLARATION OF CHRISTOPHER M. MURPHY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION

Christopher M. Murphy, an attorney admitted before the Court of Federal Claims and serving as of counsel in this action on behalf of the Plaintiffs, hereby states and declares as follows:

1. I am one of the attorneys representing Plaintiffs in the above-referenced matter. I submit this declaration in support of Plaintiffs' Motion to Certify Class Action. Statements in this declaration are based upon personal knowledge or information reasonably available to me.

2. I am a partner in the law firm of McDermott Will & Emery, LLP, which is a full-service international law firm with more than 1,000 lawyers worldwide. I am the head of McDermott's Class Action Group.

3. I have 25 years of experience litigating class actions in state and federal courts nationwide. I have extensive experience at both the class certification and merits phases, and have served as lead counsel in many class actions, including in the following cases:

- *Pa. Chiropractic Ass'n v. Blue Cross Blue Shield Ass'n*, 2011 U.S. Dist. LEXIS 148689 (N.D. Ill. Dec. 28, 2011)
- *Siegel v. Shell Oil Company, et al.*, 612 F.3d 932 (7th Cir. 2010)
- *In re McDonald's French Fries Litig.*, 257 F.R.D. 669 (N.D. Ill. 2009)
- *Ochs v. Dairy Farmers of America, Inc.*, No. 08-cv-239 (Ford Cty., KS, Aug. 21, 2009)

- *Zimmerman v. Health Care Service Corp*, No. 09CH16232 (Cook Cty., Ill. 2009)
- *Rowe v. QVC, Inc.*, No. 09-cv-1071 (N.D. Ill. 2009)
- *Pennington v. The Coca-Cola Company*, 249 S.W.3d 855 (Mo. 2008)
- *Mulligan v. QVC, Inc.*, 888 N.E.2d 1190 (Ill. App. 2008)
- *Solomon v. Blue Cross and Blue Shield Association, et al.*, 574 F. Supp. 2d 1288, 1292 (S.D. Fla. 2008)
- *City of Fairview Heights v. Orbitz, Inc.*, 2008 U.S. Dist. LEXIS 25646 (S.D. Ill. Mar. 31, 2008)
- *Oshana v. Coca-Cola*, 472 F.3d 506 (7th Cir. 2006)
- *Employer-Teamsters Local Nos. 175 & 505 Trust Fund v. Caspersen et. al.*, 2006 WL 435289 (N.J. App. Feb. 24, 2006)

4.  My efforts in these cases and others have garnered external recognition. I have been honored multiple times in *Super Lawyers* magazine as a leading lawyer in the field of class actions. I have also been recognized by *The Legal 500 United States*.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 28, 2015

_____
Christopher M. Murphy