IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

**Ciapessoni** *et al.*, **on behalf of themselves and all others similarly situated**,

    Plaintiffs,

v.

**The United States of America**,

    Defendant.
_____

Case No. 15-938C
Hon. Thomas C. Wheeler

### DECLARATION OF EDWARD M. RUCKERT IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION

  Edward M. Ruckert, an attorney admitted before the Court of Federal Claims and serving as of counsel in this action on behalf of the Plaintiffs, hereby states and declares as follows:

  1. I am one of the attorneys representing Plaintiffs in the above-referenced matter. I submit this declaration in support of Plaintiffs' Motion to Certify Class Action. Statements in this declaration are based upon personal knowledge or information reasonably available to me.

  2. I am a partner in the law firm of McDermott Will & Emery, LLP, which is a full-service international law firm with more than 1,000 lawyers worldwide. I am co-head of McDermott's Food, Agriculture and International Trade Group, and focus my practice on representing companies in the food, fiber, nursery production, processing, and allied industries. I am the former chairman of the Agriculture Subcommittee of the American Bar Association's Section of Administrative Law and Regulatory Practice.

  3. I have almost 40 years of experience representing companies before regulatory agencies, Congress, and in federal court. A significant portion of my practice is devoted to assisting clients before the United States Department of Agriculture. In particular, I have extensively represented a raisin cooperative in matters relating to the production, marketing, and sale of raisins, as well as in advocacy efforts related to the Marketing Order and its reserve requirements.

4. Based on my practice, I have received the highest peer-rated "AV" rating by Martindale-Hubbell.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 28, 2015

_____
Edward M. Ruckert