IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Ciapessoni *et al.*, on behalf of themselves and all others similarly situated**, <br><br> Plaintiffs, <br><br> v. <br><br> **The United States of America**, <br><br> Defendant. | Case No. 15-938C <br> Hon. Thomas C. Wheeler |

### DECLARATION OF BRUCE CIAPESSONI IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION

I, Bruce Ciapessoni, hereby state and declare as follows:

1. I am a named plaintiff in the above-captioned lawsuit.

2. I am in the business of growing natural seedless grapes, which are subsequently picked and dried to produce raisins.

3. I produced and delivered raisins individually and as a partner in Rossi & Ciapessoni Farms up to and including the 2002-2010 crop years.

4. During the crop years in which a reserve requirement was ultimately imposed, neither I nor Rossi & Ciapessoni Farms were compensated for those reserve-tonnage raisins.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 26, 2015

_____
Bruce Ciapessoni