IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Ciapessoni** *et al.*, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>          v.<br><br>**The United States of America**,<br><br>                    Defendant. | Case No. 15-938C<br>Hon. Thomas C. Wheeler |

### DECLARATION OF ELISA CIAPESSONI IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION

I, Elisa Ciapessoni, hereby state and declare as follows:

1. I am a named plaintiff in the above-captioned lawsuit.

2. I am in the business of growing natural seedless grapes, which are subsequently picked and dried to produce raisins.

3. I produced and delivered raisins individually and as a partner in Rossi & Ciapessoni Farms up to and including the 2002-2010 crop years.

4. During the crop years in which a reserve requirement was ultimately imposed, neither I nor Rossi & Ciapessoni Farms were compensated for those reserve-tonnage raisins.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 26, 2015

_____
Elisa Ciapessoni