IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Ciapessoni *et al.*, on behalf of themselves and all others similarly situated, | * * * | |
| Plaintiffs, | * | |
| v. | * | Case No. 15-938C |
| | * | Hon. Thomas C. Wheeler |
| The United States of America, | * * | |
| Defendant. | * * | |

## DECLARATION OF BOB F. HANSEN IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION

I, Bob F. Hansen, hereby state and declare as follows:

1. I am a named plaintiff in the above-captioned lawsuit.

2. I am in the business of growing natural seedless grapes, which are subsequently picked and dried to produce raisins.

3. I produced and delivered raisins individually and as a partner in Hansen Enterprises up to and including the 2002-2010 crop years.

4. During the crop years in which a reserve requirement was ultimately imposed, neither I nor Hansen Enterprises were compensated for those reserve-tonnage raisins.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: September 26, 2015

Bob F. Hansen