## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Ciapessoni *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br>The United States of America,<br><br>　　　　　Defendant. | Case No. 15-938C<br>Hon. Thomas C. Wheeler |

### DECLARATION OF SHARON KISELOFF IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION

I, Sharon Kiseloff, hereby state and declare as follows:

1. I am the owner of R&H Agri-Enterprises, which is a named plaintiff in the above-captioned lawsuit.

2. R&H Agri-Enterprises is in the business of growing natural seedless grapes, which are subsequently picked and dried to produce raisins.

3. R&H Agri-Enterprises produced and delivered raisins up to and including the 2002-2010 crop years.

4. During the crop years in which a reserve requirement was ultimately imposed, R&H Agri-Enterprises was not compensated for those reserve-tonnage raisins.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 26, 2015

　　　　　　　　　　　　　　　　　　　　　_Sharon Kiseloff_
　　　　　　　　　　　　　　　　　　　　　Sharon Kiseloff