## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Ciapessoni *et al.*, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

The United States of America,

Defendant.

Case No. 15-938C
Hon. Thomas C. Wheeler

### DECLARATION OF ELDORA ROSSI IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION

I, Eldora Rossi, hereby state and declare as follows:

1. I am a named plaintiff in the above-captioned lawsuit.

2. I have been in the business of growing natural seedless grapes, which are subsequently picked and dried to produce raisins, for more than 50 years.

3. I produced and delivered raisins individually, under the names Carlo and Eldora Rossi, and as a partner in Rossi & Ciapessoni Farms and Rossi & Rossi up to and including the 2002-2010 crop years.

4. During the crop years in which a reserve requirement was ultimately imposed, neither I nor the aforementioned entities were compensated for those reserve-tonnage raisins.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 25, 2015

_____
Eldora Rossi